IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. CIV-07-734-D<br>) |
| (2) BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF SETTLEMENT

Plaintiff hereby files Notice of Settlement of the above captioned lawsuit pursuant to terms set forth in a proposed Stipulated Order agreed to by the parties and submitted to the Court for approval via e-mail.

Respectfully submitted,

/s/ Melvin D. Kennedy
MELVIN D. KENNEDY
Senior Trial Attorney
Equal Employment Opportunity
Commission
St. Louis District Office
Robert A. Young Federal Bldg.
1222 Spruce, Room 8.100
St. Louis, MO  63103
(314) 539-7916

## CERTIFICATE OF SERVICE

      This is to certify that on November 16, 2010, I electronically transmitted this Notice of Settlement to the Clerk of the Court using the ECF System for filing and electronic service to all attorneys of record.

                                                       /s/ Melvin D. Kennedy